**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEOBULL DYNAMICS INC.,**<br>*Plaintiff,*<br>v.<br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**<br>*Defendants.* | **Misc. No. 1:26-mc-00465**<br><br>**~~[PROPOSED]~~ ORDER TEMPORARILY SEALING SCHEDULE A AND LIMITED TRO AND ASSET-RESTRAINT EXHIBITS** |

Upon Plaintiff NeoBull Dynamics Inc.'s Motion for Leave to File a Public Civil Case with a Redacted Complaint and Certain Materials Under Seal, and good cause having been shown, it is hereby ORDERED that:

1. Plaintiff is granted leave to commence a publicly accessible civil action in its own name by filing a public version of the Complaint in which Schedule A is replaced by a placeholder page stating that Schedule A has been filed under seal.

2. Plaintiff may file the unredacted Complaint and Schedule A under seal. Except for Schedule A, the public and unredacted versions of the Complaint shall be identical.

3. In connection with Plaintiff's anticipated ex parte application for temporary relief, Plaintiff may file Exhibits B, C, and D under seal. Plaintiff shall publicly file a corresponding placeholder page for each sealed exhibit.

4. Plaintiff's public TRO papers and supporting declarations may refer to the Defendants by number and to the sealed materials by exhibit designation without disclosing the storefront names, seller-account identifiers, listed physical addresses, or other identifying information contained in the sealed materials.

5. If the Court grants the requested marketplace, discovery, attachment, or financial relief, Plaintiff may disclose the sealed materials to Amazon and its counsel or personnel, a sheriff or other officer effecting a levy, and any garnishee, but only to the extent reasonably necessary to implement the relief authorized by the Court.

6. Schedule A and Exhibits B, C, and D shall remain under seal until the requested temporary marketplace and financial relief has been implemented and Defendants have received notice. Within seven days thereafter, Plaintiff shall publicly file unsealed versions of those materials unless the Court authorizes continued sealing based upon a particularized showing.

7. Plaintiff shall file the civil action in accordance with Rule 6.15 of the Court's Electronic Case Filing Rules and all other applicable filing requirements.

8. The Clerk of Court is respectfully directed to close this miscellaneous matter after the civil action has been opened.

9. This Order is entered without prejudice to modification at the discretion of the assigned District Judge.

SO ORDERED.

Dated: September 25, 2026
New York, New York

LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE,
SITTING IN PART I